Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

Case No.: <u>3:23-cv-01455-HE'S-SJH</u>

)
)
)
**MIGUEL MOREJON #099415**          )
*Plaintiff(s)*          )
)
**-v-**          )
)
)
)
)
)
)
**FNU BENNETT, et al.**          )
)
————          )
—————————————/          )
*Defendant(s)*

# AMENDED[1] COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

[1] The Court allowed this amendment so that Plaintiff presents more factual allegations in order to state a valid claim.

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each Plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MIGUEL MOREJON |
| All other names by which you have been known: | |
| ID Number | 099415 |
| Current Institution | Wakulla Correctional Institution |
| Address | 110 Melaleuca Drive |

|  |  |  |
|---|---|---|
| Crawfordville | FL | 32327 |
| *City* | *State* | *Zip Code* |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (*if known*) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.



Defendant No. 1

| | |
|---|---|
| Name | FNU BENNETT |
| Job or Title (*if known*) | CORRECTIONAL SERGEANT |
| Shield Number | |
| Employer | UNION C. I. FLADOC |
| Address | .7819 N. W. 228th Street |

|  |  |  |
|---|---|---|
| Raiford | FL | 32026 |
| *City* | *State* | *Zip Code* |

☆ Individual capacity   ● Official capacity

Defendant No. 2

| | |
|---|---|
| Name | FNU RULEVITCH |
| Job or Title (*if known*) | CORRECTIONAL SERGEANT |
| Shield Number | |
| Employer | UNION C. I. FLADOC |
| Address | 7819 N. W. 228th Street |

|  |  |  |
|---|---|---|
| Raiford | FL | 32026 |
| *City* | *State* | *Zip Code* |

☆ Individual capacity   ● Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | FNU JACKSON |
| Job or Title (*if known*) | CORRECTIONAL SERGEANT |
| Shield Number | |
| Employer | UNION C. I. FLADOC |
| Address | 7819 N. W. 228th Street |
| | Raiford     FL     32026 |
| | *City*     *State*     *Zip Code* |

○ Individual capacity    ● Official capacity

Defendant No. 4

| | |
|---|---|
| Name | FNU LYNCH |
| Job or Title (*if known*) | CORRECTIONAL SERGEANT |
| Shield Number | |
| Employer | UNION C. I. FLADOC |
| Address | 7819 N. W. 228th Street |
| | Raiford     FL     32026 |
| | *City*     *State*     *Zip Code* |

○ Individual capacity    ● Official capacity

Defendant No. 5

| | |
|---|---|
| Name | FNU GRAYS |
| Job or Title (*if known*) | CORRECTIONAL OFFICER |
| Shield Number | |
| Employer | UNION C. I. FLADOC |
| Address | 7819 N. W. 228th Street |
| | Raiford     FL     32026 |
| | *City*     *State*     *Zip Code* |

○ Individual capacity    ● Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

⬤ Federal officials (a *Bivens* claim)

☆ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____ Eight and Fourteenth Amendments, United States Constitution _____

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you Are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal Officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any Statutes. Ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color Of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of Federal law. Attach additional pages if needed.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ⬤ Pretrial detainee
- ⬤ Civilly committed detainee
- ⬤ Immigration detainee
- ✩ Convicted and sentenced state prisoner
- ⬤ Convicted and sentenced federal prisoner
- ⬤ Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and location of all relevant events. You may wish to include further details such as named of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## STATEMENT OF CLAIM

THE PLAINTIFF, MIGUEL MOREJON HEREBY FILES THIS SECTION 1983; CIVIL RIGHTS COMPLAINT FOR DAMAGES UNDER 42 U.S.C. §1983 ALLEGING EXCESSIVE USE OF PHYSICAL FORCE IN VIOLATION OF THE EIGHT AMENDMENT TO THE UNITED STATES CONSTITUTION.

**a) Defendant Rulevitch maliciously used excessive physical force   against plaintiff causing serious bodily injury.**

On February 9, 2023 the Plaintiff was incarcerated at Union Correctional Institution as a close management level 2 prisoner. Plaintiff was housed in V-dorm, wing.

Approximately at 9:30 am Lieutenant Johnson arrived at Plaintiff's cell door ordering him to submit to hand restraints for a cell search. Plaintiff complied with the order given to him by Lt. Johnson.

Plaintiff was removed from his assigned cell to be placed inside the shower while prison officials conducted the cell search. After the cell search was concluded, Lt. Made the decision to place the Plaintiff in property restriction for 72 hours. Plaintiff was escorted back to his cell and immediately after the officers walked away Plaintiff popped the fire sprinkler causing a flooding in his cell. Defendant Rulevitch approached the Plaintiff's cell door and told Plaintiff "I got something for you. Since you like to pop sprinklers."

_____

Defendant Rulevitch then ordered Plaintiff to strip down to his boxers so that he could be removed from his cell. Even though Plaintiff complied with the order Rulevitch made appear as if Plaintiff was being refusing to follow his orders. At that point Captain Brown also came to the Plaintiff's Cell and ordered him to strip down to his underwear. As Plaintiff was getting ready to strip Captain Brown started to aggressively order the Plaintiff to strip down. Captain Brown then ordered a cell extraction on Plaintiff's cell.

The cell extraction team consisted of Defendants Rulevitch, Bennett, Jackson, Lynch and Grays. Defendant Rulevitch was the officer in possession of the shield. Once the cell extraction team was in place, Captain Brown radioed to the officer's station to open Plaintiff's cell. Immediately when the cell door was open Defendant Rulevitch threw the shield on the cell floor and threw the Plaintiff to the floor. Once on top of the Plaintiff, Defendant Rulevitch with his weight on Plaintiff started to punch him brutally on the face with a clinched fist. Plaintiff also contends that Defendant Rulevitch cannot argue immunity because his actions were out of malice and of wanton and willful disregard of the Plaintiff's human rights

As to this claim Plaintiff correctly asserts that the use of physical force used against him was unnecessary and in wanton disregard for his safety.

_____

**b) Plaintiff's claim that Defendants Bennett, Jackson, Lynch and Grays had the ability to stop the abuse but failed intentionally to act.**

Defendants Bennett, Jackson, Lynch and Grays stood there just watching Defendant Rulevitch merciless beating the Plaintiff without trying to intervene or stop the brutal attack by Rulevitch. Minutes after the incident Plaintiff were taken to the medical unit for treatment and was found to have 1" laceration to the right eyebrow, 3/4" laceration to the left eyebrow, contusion to bilateral temporal areas, contusions to forehead, mild bruising and swelling to bridge of the nose and superficial abrasion to right chest. See Exhibit A.

There is an enforceable claim for failure to intervene in the Eleventh Circuit. See Priester, 208 F. 3d. 924 ("an officer may be liable for failing to intervene when another officer uses excessive force") Plaintiff sufficiently pleads that that was the case here where the Defendants saw that he was vulnerable, on the floor pinned down by Defendant Rulvitch and was being abused physically and yet the officers in a position to prevent the attack they rather stood there watching while the Plaintiff sustained bodily harm and lacerations.

In sum, Plaintiff properly states his claim for §1983 alleging that he was unnecessarily beaten by Defendant Rulevitch when he was in compliance with the directives given to him and, as to the other Defendants the set of facts demonstrate that they were present, witnessed the use of excessive physical force that Defendant Rulevitch was inflicting on the Plaintiff and having had the ability to prevent the abuse they stood

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

there watching disregarding the Plaintiff's safety and rights without trying to take any

steps necessary to stop the abuse.

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, your required and did or did not receive.

1" laceration to the right eyebrow, 3/4" laceration to the left eyebrow, contusion to bilateral temporal areas, contusions
to forehead, mild bruising and swelling to bridge of nose and superficial abrasion to right chest.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged. Explain the basis for these claims.

Compensatory damages for $80,000.00 against defendants Bennett, Rulevitch, Jackson, Lynch and Grays jointly and
severally for the physical injuries sustained as a result of excessive use of force.
Punitive damages for $20,000.00 each against defendants Bennett, Rulevitch, Jackson, Lynch and Grays; Grant such
other relief as it may appear that Plaintiff is entitled.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☼ Yes
⬤ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the Events giving rise to your claim(s).

_____ Union Correctional Institution _____

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☼ Yes
⬤ No
⬤ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose Cover some or all of your claims?

☼ Yes
⬤ No
⬤ Do not know

If yes, which claim(s)?

Excessive use of Physical Force ___

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

⭕ Yes

🔘 No

If no, did you file a grievance about the events described in this complain at any other jail, prison, or other correctional facility?

🔘 Yes

🔘 No

E.  If you did file a grievance:

1.  Where did you file the grievance?

Union Correctional Institution

2.  What did you claim in your grievance?

That I was assaulted and beaten by prison officials

3.  What was the result, if any?

The grievances were approved but no action was ever taken

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *Describe all efforts to appeal to the highest level of the grievance process.)*

I appealed to every step permitted

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    F.    If you did not file a grievance:

        1.    If there are any reasons why you did not file a grievance, state them here:

_____

        2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

    G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

        There are grievances which were not answered._____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from brining a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

    Yes

✓ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

    U.S. Dist. Court. (11th Cir.) S. Dist. (Miami, FL. / Case # 11-21173-CIV-SEIZ/ White,_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

⬤ Yes

◌ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.   Parties to the previous lawsuit

        Plaintiff(s)        _____

        Defendant(s)        _____

   2.   Court *(if federal court, name the district; if state court, name the county and State)*

        _____

   3.   Docket or index number

        _____

   4.   Name of Judge assigned to your case

        _____

   5.   Approximate date of filing lawsuit

        _____

   6.   Is the case still pending?

        ⬤ Yes

        ⬤ No

        If no, give the approximate date of disposition.        _____

   7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

⬤ Yes

☼ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   _____

Defendant(s)   _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

⬤ Yes

⬤ No

If no, give the approximate date of disposition.   _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   AUG. 8, 2024

Signature of Plaintiff   _Miguel Morejon_

Printed Name of Plaintiff   Miguel Morejon

Prison Identification #   099415

Prison Address   110 Melaleuca Drive

Crawfordville      FL      32327

City      State      Zip Code

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____

_____ _____ _____
City      State      Zip Code

Telephone Number   _____
E-mail Address   _____