



FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
DIAGRAM OF INJURY

Date of occurrence 2-9-23       Time of occurrence 1043
Date injury assessed by medical 2-9-23   Time injury assessed by medical 1048

☐ No injury identified

Description of injury:
1. (R) eyebrow laceration 1"
2. (L) eyebrow laceration 3/4"
3. Contusion c̄ swelling (R) temporal area  4. Contusion c̄ swelling (L) temporal area
5. Contusion and swelling to forehead
6. Slight bruising and swelling to bridge of nose  7. abrasion

Staff Signature: A Waldron RN

Inmate Name: Morejon, Miguel
DC# 099415   Race/Sex H/M
Date of Birth: [redacted]
Institution: Union CI

This form is not to be amended, revised, or altered without approval by the Director of Health Services-Administration.

Copies distribution: White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

TB213-UNION C.I.  
Mailing: PO Box 1000 FedX/UPS: 7819 NW 228th St. Raiford, FL 32083  
3864312000  Fax: 3864312024

*June 21, 2023*  
Page 1  
FL Provider Visit

**MIGUEL MOREJON**  
DC#: 089415  
Race/Sex: Hispanic / Male  
DOB:  
Facility: 213-UNION C.I.

**02/09/2023 - FL Provider Visit: Chron Rec Care: Sutures PUOF**  
Provider: Jessica Putney, APRN, Medical Provider, Centurion  
Location of Care: 213-UNION C.I.

**Orders added during this encounter:**  
Suture Removal; Order Number: 2712177-1; Start Date: 02/18/2023

FLORIDA DEPARTMENT OF CORRECTIONS  
OFFICE OF HEALTH SERVICES  
**Chronological Record of Health Care**

**Staff type:** Provider  
**Reason for visit** Procedure  
**Remarks:** Lacerations repairs for PUOF injuries. Lidocaine 2% administered, wounds cleaned. 4.0 sutures placed; right eyebrow laceration 4 sutures, left eyebrow laceration 2 sutures. No complications. Verbal consent given, patient on camera for PUOF protocol. Patient instructed to clean with soap and water. Alert medical to any s/s of infection.

DC4-701 Chronological Record of Health Care (Revised 8/1/17)  
This form is not to be amended, revised, or altered without    approval of the Office of Health Services Administration.  
**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Orders added during this encounter:**  
Suture Removal [Z48.02]

Electronically signed by Jessica Putney, APRN, Medical Provider, Centurion on 02/09/2023 at 11:28 AM

TB213-UNION C.I.
Mailing: PO Box 1000 FedX/UPS: 7819 NW 228th St. Raiford, FL 32083
3864312000 Fax: 3864312024

June 21, 2023
Page 2
FL Nurse Visits

**MIGUEL MOREJON**
DC#: 099415
Race/Sex: Hispanic / Male
DOB: ███
Facility: 213-UNION C.I.

FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

Check all that apply: **Inmate, Post-Use-of-Force Exam**
( )Inmate  ( )Employee  ( )Visitor  ( )Post-Use-of-Force Exam  ( )Injury  ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, Diagram of Injury. If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

Time of occurrence: **1043**
Time of exam: **1048**
Description of occurrence: **Inmate cell extracted by cell extraction team**

**Post Use of Chemical Agent Instructions:**
Shower without soap? **N/A**
( )N/A  ( )Yes  ( )Refused
**N/A**
( )Report any difficulty breathing ( )Remain in upright position ( )Do Not apply lotion to skin ( )Splash cool water to eyes 5-10 minutes

Temp: **97.2F**
Pulse: **66**
Resp: **16**
BP: **103/ 62**
O2 sat: **99%**
Weight (lbs): **134**

Arrived via: **Ambulatory**
( )Ambulatory  ( )Stretcher  ( )Wheelchair  ( )Other
Other: **N/A**

Condition on arrival (check all that apply): **Alert, Oriented x 4 (person-place- time-situation), Responding to questions verbally, C/O pain?**
( )Alert  ( )Oriented x 4 (person-place- time-situation)  ( )Responding to questions verbally  ( )Other (requires description in examination summary)  ( )C/O pain?
If C/O pain checked, please indicate where: **head and face**

Examination summary: **approximate 1" laceration to right eyebrow, 3/4" laceration to left eyebrow. Contusions to bilateral temporal areas, contusions to forehead. Mild bruising and swelling to bridge of nose, superficial abrasion to right chest**

Physician notified? **Yes**
( )No  ( )Yes
Name: **J Putney, APRN**
Time: **1048**

TB213-UNION C.I.
Mailing: PO Box 1000 FedX/UPS: 7819 NW 228th St.  Raiford, FL 32083
3864312000  Fax: 3864312024

June 21, 2023
Page 3
FL Nurse Visits

**MIGUEL MOREJON**
DC#: 099415
Race/Sex: Hispanic / Male
DOB: ████
Facility: 213-UNION C.I.

**Treatment provided?** <u>Yes</u>
( )No  ( )Yes
**If Yes, please describe:** cleansed lacerations with NS, Both eyebrow lacerations being sutured presently
**Response to Treatment** <u>Tolerated well</u>

**Disposition:** <u>Confinement</u>
( )Population(dorm)  ( )Confinement  ( )Infirmary  ( )Hospital ER  ( )IMR  ( )Other
**if Other, please explain:** <u>N/A</u>

**Discharge Instructions and Education:** <u>Notify medical of headaches, vision changes, increased pain.</u>

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)   Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**\*\*Disclaimer:** All EMR timestamps are Eastern Time Zone\*\*

**INMATE REQUEST** 3/7

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

TO: (Check One)
- [x] Warden / Asst. Warden
- [ ] Classification
- [ ] Security
- [ ] Medical
- [ ] Mental Health
- [ ] Dental
- [ ] Other

Mail Number: _____
Team Number: #17
Institution: Union Corr. Inst.

FROM: Inmate Name: MIGUEL MORETON
DC Number: 099415
Quarters: V3108
Job Assignment: C.M. #2*1c
Date: 02/20/23

Check here if this is an informal grievance [x]

On 02/09/23 I was assaulted at approx 9:30 – 10:45 AM by Sgt. Rukevitch, and other members of the cell extraction team. These officials conspired with the Captain, and Lt. to defraud the use of force camcorder to make it seem as as if I was being in non-compliancy where they can falsify documents to justify me being illegally assaulted by the cell extraction team. Officers brutally beat me with handcuffs and closed fist as I was in compliance. Remedy. That a full investigation is done about my beating...

Inmate (Signature): Miguel Morejon    DC#: 099415

---

DO NOT WRITE BELOW THIS LINE

**RESPONSE**   2nd Shift   213-2302-0361   DATE RECEIVED: FEB 20 2023

Inmate Morejon

Your allegations have been properly documented and reported. All appropriate action will be taken. You may consider your grievance approved as the captain of that report. This does not endanger those allegations as final dispatcher rest will the IG's office

[The following pertains to informal grievances only:]
Based on the above information, your grievance is Approved. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): M Brown Cp   Official (Signature): [signed]   Date: 2/28/23

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.
Informal Grievances and Inmate Requests will be responded to within 15 days following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005

10H

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

5/21

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| MORETON | MIGUEL, M | 099415 | Union Corr. Inst. |
|---|---|---|---|
| Last | First   Middle Initial | DC Number | Institution |

### Part A – Inmate Grievance

I AM APPEALING INFORMAL GRIEVANCE Log # 213-2302-0361... On 02/09/23 I was assaulted at approx. 9:30AM - 10:45 AM. by Sgt. Rulcevitch, and other members of the cell extraction team.

These officials conspired with the Captain, and Lt. to defraud the use of force camcorder to make it seem as if I was being in non-compliant where they can falsify documents to justify me being illegally assaulted by the cell extraction team. Officers brutally beat me with handcuffs and closed fist as I was in compliance.

Remedy:

That a full investigation is done about my beating...

Enclose is informal grievance Log # 213-2302-0361.

## PART B - RESPONSE

| MOREJON, MIGUEL | 099415 | 2303-213-023 | UNION C.I. | V3108L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed and evaluated.

Further investigation reveals the following information:

Your allegations that excessive force was used on 2/9/23 were documented and reported to the appropriate shift supervisors as well as the Office of the Inspector General prior to the submission of this formal grievance. You are reminded that final disposition of your allegations rests at the discretion of the Office of the Inspector General. You may or may not receive an interview as a result. You received a medical assessment following the use of force incident and your injuries were properly documented and treated at that time.

Therefore, based on the foregoing information; your grievance is denied.

You may obtain further administrative review of your complaint by obtaining form DC1-303. Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St. Tallahassee, FL 32399-2500, within fifteen (15) days from date of this response.

CLO M.G. Miller                                        K. Tomlinson, Assistant Warden

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 3/17/23 DATE |
|---|---|---|

MAILED
MAR 17 2023

## FLORIDA DEPARTMENT OF CORRECTIONS
### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden  ☐ Assistant Warden  ☒ Secretary, Florida Department of Corrections

RECEIVED
MAR 30 2023
Department of Corrections
Inmate Grievance Appeals

From or IF Alleging Sexual Abuse, on the behalf of:

MOREJON / MIGUEL / M     099415     Union Corr. Inst.
Last / First / Middle Initial     DC Number     Institution

**Part A – Inmate Grievance**     23-6-10524

I AM APPEALING INFORMAL GRIEVANCE LOG # 213-2302-0361 AND FORMAL GRIEVANCE LOG # 2302-213-023.

On 02/09/23 I WAS ASSAULTED AT APPROX: 9:30AM - 10:45AM by Sgt. Rulfevitch, AND other members of the cell extraction team. These officail conspired with the captain and Lt. to defroud the use of fore camcorter to make it seem as if I was being in non-compliant compliant where they can faisify docments to justify me being illegally assaulted by the cell extration team. Officers brutally beat me with handcuffs, and closed fist as I was in pompliance..

Remedy:
That A full investigation is done About my beating...

MAILED/SHOWED
WITH AGENCY CLERK
APR 21 2023
Department of Corrections
Bureau of Inmate Grievance Appeals

# PART B - RESPONSE

| MOREJON, MIGUEL | 099415 | 23-6-10524 | UNION C.I. | 2112 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your appeal has been reviewed and evaluated.

The subject of your grievance is currently under review by the Departmental Staff. At the conclusion of that review appropriate and necessary action will be taken.

As this process was initiated by the Department prior to the receipt of your grievance, your request for action by this office is denied.

W. MILLETTE

_____  
SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

*W. Millette*  
SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

4/5/23  
DATE